# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Verra Ngocha, | ) | CASE NO. 3:26 CV 1076 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Executive Director Dennis Sullivan, | ) | **Order** |
| Corrections Center of Northwest, Ohio, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on petitioner Verra Ngocha's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) Pursuant to 28 U.S.C. § 2243, Respondents are ordered to show cause in writing by May 14, 2026, why the petition should not be granted.

IT IS SO ORDERED.

PATRICIA A. GAUGHAN
United States District Judge

Date: 5/11/2026