**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Verra Ngocha, | ) | **CASE NO. 3:26 CV 1076** |
| | ) | |
| Petitioner, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| Executive Director Dennis Sullivan, | ) | **Order** |
| Corrections Center of Northwest, Ohio, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on petitioner Verra Ngocha's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) Given the Sixth Circuit's decision in *Lopez-Campos v. Raycraft*, ___ F.4th ___, Nos. 25-1965/1969/1978/1982, 2026 WL 1283891, at *11 (6th Cir. May 11, 2026) and Respondents' concession that it controls here, the Petition for Writ of Habeas Corpus is GRANTED. By 5:00 p.m. on Tuesday, May 26, 2026, Respondents shall either afford Petitioner the statutory process required under 8 U.S.C. § 1226(a), which includes a bond hearing, or release her from custody.

IT IS SO ORDERED.

_____
PATRICIA A. GAUGHAN
United States District Judge

Date: 5/15/2026